# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| NANCY HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TWC ADMINISTRATION LLC, a Delaware Corporation, dba TIME WARNER CABLE; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. SACV13-1154 CJC (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)**<br><br>Complaint filed: June 28, 2013<br><br>Hon. Cormac J. Carney |

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Tel: 310-853-6300

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure [D.E. #12], **it is hereby ordered** that the above-captioned case is dismissed with prejudice as to all claims, with each party bearing its own costs and attorneys' fees.

DATED: June 23, 2014     By: _____
                              Hon. Cormac J. Carney